UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTA, et al.,<br><br>    Defendant. | No. 2:17-cv-1243 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants failed to provide him with adequate mental health care treatment in violation of the Eighth Amendment.

By order dated November 26, 2018, plaintiff's first amended complaint was dismissed and thirty days leave to file an amended complaint was granted. (ECF No. 13.) Thereafter, plaintiff failed to file an amended complaint. On January 18, 2019, the court directed plaintiff to file an amended complaint within fourteen days and warned him that failure to file an amended complaint would result in a recommendation that this action be dismissed. (ECF No. 14) Those fourteen days have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a district judge to this action.

1

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 18, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner-CivilRights/strib1243.fsc