UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTA, et al.,<br><br>    Defendant. | No. 2:17-cv-1243 MCE DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claimed defendants failed to provide him with adequate mental health care treatment in violation of the Eighth Amendment. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 13, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 19. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) filed December 13, 2019, are ADOPTED in full;

2. Plaintiff's motion to alter the judgment (ECF No. 18) is DENIED.

IT IS SO ORDERED.

Dated: April 3, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE